UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINDA MOORE, | No. 2:25-cv-09274-SPG (JDE) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| LOS ANGELES UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint, (Dkt. 1), filed by Linda Moore ("Plaintiff"), the Motion to Dismiss the Complaint, (Dkt. 7, "Motion to Dismiss"), and Motion to Strike Requests for Punitive or Exemplary Damages, (Dkt. 8, "Motion to Strike"), filed by Defendant Los Angeles Unified School District ("LAUSD"), all related briefing, (Dkt. 10, 17, 18, 19), and the Report and Recommendation of the magistrate judge, (Dkt. 16, "Report"). No party filed a timely objection to the Report. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that:

(1) the Motion to Dismiss, (Dkt. 7), is GRANTED IN PART as follows: Plaintiff's Title VII retaliation, First Amendment retaliation, Equal Pay Act, California Whistleblower retaliation, FEHA retaliation, and defamation claims are DISMISSED with leave to amend; Plaintiff's due process claim is DISMISSED without leave to amend;

(2) the Motion to Dismiss is DENIED IN PART, as to Plaintiff's discrimination and harassment claims under Title VII, Section 1981, and FEHA; FEHA failure to prevent claim; and equal protection claim;

(3) the Motion to Strike, (Dkt. 8), is GRANTED; Plaintiff's request for punitive damages against LAUSD is stricken without leave to amend; and

(4) Plaintiff is ORDERED to choose one of the following two options and file the document required by that option within fourteen (14) days of the date of this Order:

(a) If Plaintiff believes in good faith that the deficiencies identified above regarding her retaliation, Equal Pay Act, and defamation claims can be remedied, Plaintiff shall file a First Amended Complaint. Plaintiff's First Amended Complaint should bear the docket number assigned in this case; be labeled "First Amended Complaint"; be complete in and of itself without reference to the prior complaints or any other pleading, attachment, or document; comply with Rule 8(a)'s requirement of a "short and plain" statement of the claims; clearly and succinctly describe what each individual defendant allegedly did or failed to do, and the damage or injury suffered by Plaintiff as a result; and shall not alter the nature of this case by adding new claims or defendants unrelated to the events alleged in the Complaint without prior leave from the Court. OR

(b)    If Plaintiff desires to proceed only with the discrimination and harassment claims under Title VII, Section 1981, and FEHA; FEHA failure to prevent claim; and equal protection claim against LAUSD, Plaintiff need only file a document titled "Notice of Election" stating that she elects to proceed with the Complaint as so limited as to LAUSD.

**IT IS SO ORDERED.**

Dated: Februrary 18, 2026



SHERILYN PEACE GARNETT

United States District Judge