**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA MOORE,<br><br>               Plaintiff,<br><br>      v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT, et al.,<br><br>               Defendants. | Case No. 2:25-cv-09274-SPG-JDE<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [ECF NO. 64]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the April 20, 2026, Report and Recommendation of the magistrate judge, (ECF No. 64, ("Report")). No party filed a timely objection to the Report. The Report is approved and accepted.

Therefore, it is hereby ORDERED that defendants Florida Morales Herrera, Elizabeth Kane, and LaTasha Buck are DISMISSED from this action without prejudice, to be reflected in the final judgment.

**IT IS SO ORDERED.**

DATED:  June 9, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-